UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-61229-CIV-MARRA

LYNNE M. BALTHAZOR,

    Plaintiff,

v.

UNITED RECOVERY SYSTEMS, L.C.
and ACB AMERICAN, INC.,

    Defendants.
_____/

### ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

This cause is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (DE 24).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the above-styled action is **DISMISSED WITH PREJUDICE.**[1]  All pending motions are **DENIED AS MOOT**.  The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 1st day of November, 2013.

_____
KENNETH A. MARRA
United States District Judge

---

[1] There is no indication on the Court's docket that Defendant ACB American, Inc. has been served.  This Defendant has not appeared in this case, and has not filed either an answer or a motion for summary judgment.  The parties' proposed order suggests that this case should be dismissed with prejudice and closed, which the Court interprets as the request to dismiss this action against both Defendants.  Therefore, this case is dismissed with prejudice as to Defendant ACB American, Inc. pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(i), and dismissed with prejudice as to Defendant United Recovery Systems, L.C. pursuant to Rule 41(a)(1)(A)(ii).